Certificate Number: 05781-TNW-DE-036971503

Bankruptcy Case Number: 21-10863



05781-TNW-DE-036971503

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 11, 2022</u>, at <u>2:24</u> o'clock <u>PM PST</u>, <u>Robert English Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Tennessee</u>.

Date:   <u>November 11, 2022</u>          By:    <u>/s/Allison M Geving</u>

                                        Name:  <u>Allison M Geving</u>

                                        Title: <u>President</u>